PD-1246-15

No. 10-14-00310-CR

In The
Court of Criminal Appeals
Austin, Texas

Michael Darren Boydston

v

The State of Texas

From Appeal No. 10-14-00310-CR

Trial Cause No. F48751

Johnson County

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

## Motion To Suspend Texas Rules of Appellate Procedure 9.3 (b)

To the Honorable Judges of the Court of Criminal Appeals:

Comes now, Michael Darren Boydston, Petitioner, and files this Motion to Suspend T.R.A.P. 9.3(b), In support of this motion, appellant shows the court the following:

I.

Texas Rules of Appellate Procedure provide that if a document is not electronically filed, a party must file the original

and 11 (eleven) copies of any document addressed to either the Supreme Court or The Court of Criminal Appeals. Petitioner is confined and will not be filing electronically, nor does petitioner have access to a copier or funds for one to be provided.

## II.

Suspension of Rule 9.3 (b) would also help to provide with accuracy as well as time on Appellants Petition for Discretionary Review.

Wherefor, Petitioner prays this court grant this Motion to Suspend Rule 9.3(b) of T.R.A.P. on the Petition for Discretionary Review in Cause No. 10-14-00310-CR

Michael Darren Boydston
Petitioner, Pro Se
Texas Department of Criminal Justice
Institutional Division
Michael Unit
TDCJ-ID # 1954691
Tennessee Colony, Tx. 75886

Signed on this, the 8th day of October, 2015.

Michael Boydston

2